**Order entered April 18, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01118-CV

**LV HIGHLAND CREDIT FEEDER FUND LLC, ET AL., Appellants**

**V.**

**HIGHLAND CREDIT STRATEGIES FUND, LP, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-08521**

## ORDER

We **GRANT** appellants' April 17, 2014 unopposed motion for an extension of time to file a reply brief. Appellants shall file their reply brief on or before June 4, 2014.

/s/     ADA BROWN
        JUSTICE